UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:22-cv-00629-JES-KCD

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DANIEL MOSER, | ) ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT DANIEL MOSER AND MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Securities and Exchange Commission moves for the entry of Judgment against Defendant Daniel Moser. By the Consent attached as Exhibit A to this motion, Moser has consented to the entry of the proposed Judgment, attached as Exhibit B, which includes a permanent injunction against future violations of numerous provisions of the securities laws and an officer-and-director bar. Entry of the Judgment will resolve all issues of liability as to Moser without the need for trial, and leave only the issue of a civil penalty pending against him. The Commission will attempt to resolve this pending issue (which may also depend on the outcome of a parallel criminal case that has been filed against Moser) and will notify the Court of the status of the criminal case or file the appropriate motion.

Accordingly, the Commission requests that the Court enter the attached proposed Judgment.

Dated: September 30, 2022          Respectfully submitted,

               By:   <u>Robert K. Levenson</u>
                    Robert K. Levenson, Esq.
                    Senior Trial Counsel
                    Florida Bar No. 0089771
                    Direct Dial: (305) 982-6341
                    Email: levensonr@sec.gov

                    Attorney for Plaintiff
                    **SECURITIES AND EXCHANGE COMMISSION**
                    801 Brickell Avenue, Suite 1950
                    Miami, Florida 33131