UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:22-cv-629-SPC-NPM

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**v.**

**DANIEL MOSER,**

        **Defendant.**

## STATUS REPORT

Pursuant to the Court's Endorsed Order [DE 10], the parties notify the Court that there have been no changes since the parties' last status report [DE 24]. Mr. Moser's guilty plea in the criminal case was accepted by the district court on August 1, 2023. Mr. Moser's sentencing has not yet been scheduled, and is not expected to be scheduled for at least the next several months.

Dated: July 14, 2025

Respectfully submitted,[1]

By:  *s/Russell Koonin*
Russell Koonin
Senior Trial Counsel
Fla. Bar No. 474479
Telephone: (305) 982-6390
Facsimile: (305) 536-4154
E-mail: kooninr@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

---

[1] Mr. Moser's attorney, Ms. Cosenza, is not barred in Florida nor the Middle District of Florida and therefore is unable to affix his signature to this pleading. The undersigned has conferred with Mr. Cosenza, who agrees with the content of this status report.

2

## Certificate of Service

**I HEREBY CERTIFY** that on July 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel for Moser listed below via email.

s/Russell Koonin
Russell Koonin, Esq.

## Service List

George J. Cosenza, Esq.
cosenza@wvdsl.net